Karyn M. Taylor, Esq.
Nevada Bar No. 6142
Luke Molleck, Esq.
Nevada Bar No. 14405
LITTLER MENDELSON, P.C.
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501.1944
Telephone:   775.348.4888
Facsimile:    775.786.0127
kmtaylor@littler.com
lmolleck@littler.com

Attorneys for Defendant
PILOT TRAVEL CENTERS LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TORI WOOD,<br><br>            Plaintiff,<br><br>      v.<br><br>PILOT TRAVEL CENTERS LLC, and<br>DOES I-XX,<br><br>            Defendants. | Case No. 3:26-cv-00295-ART-CSD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT PILOT TRAVEL CENTERS, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff TORI WOOD ("Plaintiff") and Defendant PILOT TRAVEL CENTERS LLC ("Defendant"), by and through their counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadlines. Currently, the deadline to file a response to the Complaint is May 26, 2026. The Parties agree and stipulate to extend the time for Defendant to file a response to the Complaint, up to and including June 9, 2026.

The Parties agree that the requested extension is reasonable and necessary because counsel for the Defendants have recently been retained and are still investigating the factual allegations in the Complaint.

This is the first request for an extension of time to respond to the Complaint. This request

///

LITTLER
MENDELSON, P.C.
200 S. Virginia St,
8th Floor
Reno, Nevada
89501.1944
775.348.4888

is made in good faith and not for the purpose of undue delay.

Dated: May 22, 2026                          Dated: May 22, 2026

Respectfully submitted,                      Respectfully submitted,


/s/ Kendra J. Jepsen                         /s/ Luke W. Moleck
Kendra J. Jepsen, Esq.                       Karyn M. Taylor, Esq.
JEPSEN LAW, PLLC                             Luke W. Molleck, Esq.
                                             LITTLER MENDELSON, P.C.
Attorneys for Plaintiff
TORI WOOD                                    Attorneys for Defendants
                                             PILOT TRAVEL CENTERS LLC


**IT IS SO ORDERED.**

Dated: May 26, 2026

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER
MENDELSON, P.C.
200 S. Virginia St,
8th Floor
Reno, Nevada
89501.1944
775.348.4888

2