UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TORI WOOD,

        Plaintiff,

    v.

PILOT TRAVEL CENTERS LLC, and
DOES I-XX,

        Defendants.

Case No. 3:26-cv-00295-ART-CSD

**ORDER GRANTING**

**STIPULATION TO STAY CASE
AND PROCEED TO ARBITRATION**

**[FIRST REQUEST]**

Plaintiff TORI WOOD ("Plaintiff") and Defendants PILOT TRAVEL CENTERS LLC ("Defendant") by and through their respective counsel, hereby submit this Stipulation and Order to Stay Case Pending Arbitration.

WHEREAS Plaintiff and Defendant stipulate and agree that pursuant to the terms of the Mediation and Arbitration Agreement ("Arbitration Agreement") entered by the parties at the inception of Plaintiff's employment, this matter is subject to binding arbitration. Accordingly, it is hereby stipulated by and between the Parties and ORDERED as follows:

1. This action shall be stayed and submitted to binding and final arbitration according to the terms of the Arbitration Agreement in order for this Court to retain jurisdiction of the matter for enforcement purposes and any post-arbitration filings regarding the same;

LITTLER
MENDELSON, P.C.
200 S. Virginia St,
8th Floor
Reno, Nevada
89501.1944
775.348.4888

2.     Nothing in this Stipulation shall serve as a waiver of Plaintiff's claims or right to dispute the arbitration agreement; nor shall this Stipulation operate as a waiver of Defendant's defenses;

3.     Each party shall bear its own fees and costs before the Court as of this date; and

4.     The parties will notify this Court within 30 days of resolution of the arbitration proceeding and submit any necessary filing regarding the same to dismiss this matter

Accordingly, the Parties ask the Court to stay this matter pending arbitration proceedings.

Dated: June 9, 2026                                    Dated: June 9, 2026

JEPSEN LAW, PLLC                              LITTLER MENDELSON, P.C.


/s/ Kendra J. Jepsen                               /s/ Luke W. Molleck
Kendra J. Jepsen, Esq.                            Karyn M. Taylor, Esq.
                                                          Luke W. Molleck, Esq.

Attorneys for Plaintiff                            Attorneys for Defendant
TORI WOOD                                         PILOT TRAVEL CENTERS LLC


**IT IS SO ORDERED.**

Dated: <u>June 10, 2026</u>


_____

ANNE R. TRAUM
UNITED STATE DISTRICT JUDGE

LITTLER
MENDELSON, P.C.
200 S. Virginia St,
8th Floor
Reno, Nevada
89501.1944
775.348.4888

2